UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-CV-80996-MARRA

ERIC ROGERS,

    Plaintiff,

vs.

HAS & RAK INC and
RAJA'S FAMILY INVESTMENTS, INC.,

    Defendants.
_____/

**ORDER APPROVING CONSENT DECREE AND DISMISSAL OF DEFENDANT HAS & RAK INC WITH PREJUDICE**

THIS CAUSE is before the Court on the Plaintiff's Unopposed Motion to Approve Consent Decree and Dismiss Defendant with Prejudice [D.E. # 16]. The Court has carefully considered the unopposed Motion and the Consent Decree attached to the unopposed Motion as Exhibit "1", and is otherwise fully advised in this matter.

Accordingly, it is ORDERED AND ADJUDGED as follows:

1. The Joint Stipulation to Approve Consent Decree and Dismiss Defendant with Prejudice is hereby GRANTED.

2. The Court hereby APPROVES the Consent Decree, Defendant HAS & RAK INC is hereby DISMISSED WITH PREJUDICE.

3. The Court Retains jurisdiction to enforce the Consent Decree.

4. Each party to bear their own attorney's fees and costs except as detailed in the parties' Consent Decree.

5.  All pending motions denied as moot.  This case is now CLOSED.

DONE AND SIGNED in Chambers, at West Palm Beach, Palm Beach County, Florida this 13TH day of January, 2016.

                                      KENNETH A. MARRA
                                      UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of record